## WALLACE et al. v. GAY et al.

No. 3162.    Opinion Filed November 18, 1913.

(136 Pac. 737.)

APPEAL AND ERROR—Presentation for Review—Motion to Reinstate.
A motion to reinstate a cause, not presented in the transcript by
bill of exceptions, so as to make it a part of the record, cannot
be considered on appeal.

(Syllabus by Robertson, C.)

*Error from District Court, Jackson County;
Frank Mathews, Judge.*

Action of Sanford Gay and others against Reid Wallace
and others for injunction.    From an order of reinstatement
after dismissal, defendants bring error.    Dismissed.

*Petry & McConnell,* for plaintiffs in error.

*Lawson & Dabney, Garrett & Castleman,* and *W. C. Aus-
tin,* for defendants in error.

Opinion by ROBERTSON, C.    This case involves the
consideration of the identical question decided by this court in
its companion case, *Hicks et al. v. Gay et al.,* 31 Okla. 150, 120
Pac. 636, and for the reasons therein given, this appeal should
be dismissed.

By the Court:    It is so ordered.